October 27, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

LOUIS TAYLOR GUTHRIE AND MARCUS STAUDT, Appellants

NO. 14-10-01046-CV                V.

ADRIAN GARCIA, SHERIFF OF HARRIS COUNTY, TEXAS, Appellee
_____

       This cause, an appeal from the judgment in favor of appellee, ADRIAN GARCIA, SHERIFF OF HARRIS COUNTY, TEXAS, signed September 30, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion. We order appellee, ADRIAN GARCIA, SHERIFF OF HARRIS COUNTY, TEXAS, to pay all costs incurred in this appeal. We further order this decision certified below for observance.